DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD J. COLLINS,**
Appellant,

v.

**U.S. BANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN TRUST 2007-S3 MORTGAGE PASS-THROUGH CERTIFICATES,**
Appellee.

No. 4D19-3079

[November 5, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser and James Martz, Judges; L.T. Case No. 50-2017-CA-006660-XXXX-MB.

Bruce Botsford of Bruce Botsford, P.A., Fort Lauderdale, for appellant.

Sarah Todd Weitz of Weitz & Schwartz, P.A., Fort Lauderdale, and Cary A. Lubetsky, Joseph J. Huss and Joshua J. Shore of Krinzman Huss Lubetsky Feldman & Hotte, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***